

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00003-CV

| | | |
|---|---|---|
| Bryan Gaydos | § | From County Court at Law No. 1 |
| v. | § | of Tarrant County (2015-004428-1) |
| | § | December 22, 2016 |
| Federal National Mortgage Association, a/k/a Fannie Mae | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Bryan Gaydos shall pay all costs of this appeal and that these costs be paid from his cash deposit in lieu of bond made with the clerk of the trial court, for which let execution issue.

It is further ordered that appellees Federal National Mortgage Association, a/k/a Fannie Mae, shall have and recover of and from appellant Bryan Gaydos and from his cash deposit in lieu of bond, the amount adjudged below, for which let execution issue. The clerk of the trial court shall refund the remainder of his cash deposit in lieu of bond to Bryan Gaydos.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bill Meier
    Justice Bill Meier